**Michael E. Haglund**, OSB No. 772030
email:  mhaglund@hk-law.com
**Julie A. Weis**, OSB No. 974320
email: jweis@hk-law.com
**HAGLUND KELLEY LLP**
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Medford Division)

| | |
|---|---|
| **MURPHY COMPANY**, an Oregon corporation; **MURPHY TIMBER INVESTMENTS, LLC**, an Oregon limited liability company,<br><br>          Plaintiffs,<br>     v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States of America; **KEVIN HAUGRUD**, in his official capacity as Acting Secretary of Interior, **U.S. DEPARTMENT OF INTERIOR**, and **BUREAU OF LAND MANAGEMENT**,<br><br>          Defendants. | Case No.: 1:17-cv-00285-CL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

///

///

///

///

///

///

Page 1 –   CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs state that Murphy Company and Murphy Timber Investments, LLC each have no parent corporation and that no publicly held corporation owns 10% or more of either's stock.

DATED this 8th day of March, 2017.

        HAGLUND KELLEY LLP


By: s/ Julie A. Weis
    Michael E. Haglund, OSB No. 772030
    haglund@hk-law.com
    Julie A. Weis, OSB No. 974320
    jweis@hk-law.com
    Attorneys for Plaintiffs

Page 2 – CORPORATE DISCLOSURE STATEMENT

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201
PL02--49194

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2017, I served the foregoing Corporate Disclosure Statement, on the parties as set forth on Court's Cm/ECF System:

by the following indicated method(s):

☐ by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

>             */s/Julie A. Weis*
> Michael E. Haglund, OSB No. 772030
> haglund@hk-law.com
> Julie A. Weis, OSB No. 974320
> jweis@hk-law.com
> Attorneys for Plaintiffs